

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK VICINAGE

| | |
|---|---|
| Michael Duke Reeves, | : |
| | : Civil Action No. 15-2176(SRC) |
| Plaintiff, | : |
| | : |
| v. | : **MEMORANDUM AND ORDER** |
| | : |
| Jeh J. Johnson, in his official capacity as Sec. of DHS et al. | : |
| | : |
| Defendants. | : |

**CHESLER**, District Judge

    This matter comes before the Court upon transfer from the U.S. District Court, Southern District of New York, of Plaintiff's civil rights complaint and pending application to proceed without prepayment of fees.  (Doc. No. 5.)  Plaintiff filed the exact same complaint in this court, although this Court treated the submission as a petition under 28 U.S.C. § 2241.  See Opinion, Reeves v. Johnson et al, 15cv1962(SRC) (D.N.J. March 25, 2015)(ECF No. 2).  On March 25, 2015, this Court dismissed the claims seeking habeas relief, and dismissed the civil claims for damages and injunctive relief without prejudice, allowing those claims to be raised in a separate

civil action. (Id. (ECF No. 3.))  The present case will be dismissed because it is duplicative.

IT IS, on this  2ND  day of  April , 2015;

    ORDERED that Petitioner's IFP application is denied because he has been granted IFP status in a duplicative action in this Court; and it is further

    ORDERED that this action is dismissed because it is duplicative of Reeves v. Johnson et al, 15cv1962(SRC)(D.N.J.); and it is further

    ORDERED that the Clerk administratively terminate this case by making a new and separate entry reading, "CIVIL CASE TERMINATED", and it is further

    ORDERED that the Clerk send Plaintiff a copy of this Memorandum and Order by regular U.S. mail.

                                                      _____
                                                      STANLEY R. CHESLER
                                                      United States ~~District~~ Judge